JOHN MULVEY, Respondent, *v.* TIDE WATER BUILDING COMPANY, Appellant, Impleaded with Another.

*Mulvey* v. *City of New York*, 114 App. Div. 526, affirmed.
(Argued October 11, 1907; decided October 29, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July

12, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*Frank Verner Johnson* for appellant.

*Emanuel S. Cahn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ.   Absent: VANN, J.